UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ISRAEL BERNAL,

        Plaintiff,

                         Case No. 06-C-0008

v.

KEYBANK, N.A.,

        Defendant.

## ORDER

      This matter is before the Court on the Stipulation to Stay Proceedings [DE 29] filed by the Defendant on December 14, 2006.

      Having reviewed the Stipulation to Stay Proceedings, the Court now **GRANTS** the Stipulation to Stay Proceedings and orders that this action be stayed pending the ruling by the U.S. Supreme Court in *GEICO Gen. Ins. Co. v. Edo,* 06-100, -- S.Ct. --, 2006 WL 2055539 (Sept. 26, 2006) and *Safeco Ins. Co. of Am. v. Burr*, -- S. Ct. --, 2006 WL 2039638 (Sept. 26, 2006). This action shall proceed upon notification by the parties of the ruling in these matters.

      **THEREFORE, IT IS ORDERED** that this case be **CLOSED FOR ADMINISTRATIVE PURPOSES ONLY** until the ruling by the United States Supreme Court in *GEICO* and *Safeco*. One or both of the parties shall provide notice to the Court by electronic filing promptly upon receipt of such ruling.

      Dated at Milwaukee, Wisconsin, this 14th day of December, 2006.

                                    s/ Rudolph T. Randa

                                    JUDGE RUDOLPH T. RANDA
                                    UNITED STATES DISTRICT COURT