# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ISRAEL BERNAL,**

        Plaintiff,

        **Case No. 06-C-8**

   -vs-

**KEYBANK, N.A.,**

        Defendant.

## ORDER GRANTING VOLUNTARY DISMISSAL

      Plaintiff having moved for voluntary dismissal of this case, pursuant to Fed. R. Civ. P. 41(a)(2), and no opposition having been received from defendant,

      IT IS HEREBY ORDERED that the motion for voluntary dismissal be, and the same hereby is, dismissed with prejudice and with each party to bear its own costs.

      Dated at Milwaukee, Wisconsin, this 22nd day of April 2008.

                      **SO ORDERED,**

                      **s/ Rudolph T. Randa**
                      **HON. RUDOLPH T. RANDA**
                      **Chief Judge**